IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL LEE CALLEGARI,

    Petitioner,                                No. CIV S-07-1448 GEB KJM P

    vs.

WARDEN EVANS,

    Respondents.                            <u>ORDER</u>

/

          Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus, challenging his San Joaquin County conviction for possession of a controlled substance and his "three strikes" sentence.

          The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case. The previous application was filed on June 17, 2002, and was denied on the merits on March 26, 2003. Before petitioner can proceed with the instant application he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3). Petitioner has not shown that he has received this authorization.

/////

1

1 IT IS HEREBY ORDERED that:

2     1.  This case is hereby transferred to the United States Court of Appeal for the Ninth Circuit; and

4     2.  The Clerk of the Court is directed to close this case.

5 DATED:  August 10, 2007.

                                      U.S. MAGISTRATE JUDGE

call1448.succ